STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2001

at __10__ o'clock and __46__ min. __a__ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MILES KANESHIRO, ) <br> ) <br> Defendant. ) <br> ) | CR. NO. CR01 00015 DAE <br><br> **INDICTMENT** <br> [18 U.S.C. § 2113(a)] |

<u>**INDICTMENT**</u>

<u>COUNT 1</u>

The Grand Jury charges that:

On or about December 23, 2000, in the District of Hawaii, MILES KANESHIRO, defendant herein, by intimidation, did take from the person and presence of another money belonging to,

and in the care, custody, control, management, and possession of the First Hawaiian Bank, Makiki Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

The Grand Jury further charges that:

On or about December 27, 2000, in the District of Hawaii, MILES KANESHIRO, defendant herein, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of the American Savings Bank, Kaimuki Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

///

///

///

All in violation of Title 18, United States Code, Section 2113(a).

DATED: _January 10_____, 2001, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
UNITED STATES ATTORNEY

_____
ELLIOT ENOKI
FIRST ASSISTANT U.S. ATTORNEY

_____
EDWARD H. KUBO, JR.
ASSISTANT U.S. ATTORNEY

United States v. Miles Kaneshiro;
Cr.No. _____;
Indictment